# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-HRL-6003

Owner: Ivonne Guadalupe Paredes Martinez, et al.

Acreage: 0.06


BEING a certain tract of land containing 0.06 of an acre, more or less, of 2.13 acres, more or less, Lot 1, Block 1, Los Ranchitos Subdivision, Cameron County, Texas, being more particularly described as follows:


BEING a strip of land, approximately 25 feet in width and approximately 110 feet in length, running adjacent to and parallel with the existing levee, which severs the land of the subject owner, and contains 0.06 acres, more or less, as shown on the attached map.


IT IS THE INTENT of the foregoing description to include a part of the same land as that in a Deed from Jose Perez Soto and wife, Lidia S. Perez to Ivonne Guadalupe Paredes Martinez, filed for record dated March 10, 1998, in Volume 4847, Page 89, in the records of Cameron County, Texas.


NOTE:  This tract is further identified in the Cameron County Appraisal District, as Property ID No. 193600.


Tract:  RGV- HRL-6003

# SCHEDULE D

SCHEDULE "D"



PROPOSED FENCE ACQUISITION
TRACT RGV-HRL-6003
0.06 ACRES, MORE OR LESS

PARENT TRACT:
IVONNE GUADALUPE PAREDES MARTINEZ
(2.13 ACRES)

LAND TO BE CONDEMNED

Tract:  RGV-HRL-6003
Owner:  Yvonne Guadalupe Paredes Martinez et al.
Acreage:  0.06
Cameron County, TX
Deed Reference:  Volume 4847, Page 89, Deed Records of Cameron County, Texas

# SCHEDULE E

SCHEDULE "E"
ESTATE TAKEN


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee`s land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of crossing over the levee and accessing condemnee`s lands on the other side. This reservation and grant does not create any new rights to traverse any part of the levee, and does not change the nature of any such rights, if any, which may now exist.  The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee`s remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

# SCHEDULE G

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES:


Yvonne Guadalupe Paredes Martinez
429 St. Michael
Brownsville, TX 78521