IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| *Plaintiff,* | | |
| v. | § § § | CASE NO.   1:08-cv-165 |
| 0.06 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON COUNTY, TEXAS; AND YVONNE GUADALUPE PAREDES MARTINEZ, ET AL., | § § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF DISCLAIMER EXECUTED BY JOHN ALMEIDA

The United States of America, by Kenneth Magidson, United States Attorney for the Southern District of Texas, hereby files a Notice of Disclaimer executed by JOHN ALMEIDA. See fully executed Disclaimer attached as Exhibit 1. Based on the facts set out in the Disclaimer, the United States of America respectfully requests the Honorable Court to dismiss JOHN ALMEIDA from this cause.

Respectfully submitted,

**KENNETH MAGIDSON**
United States Attorney
Southern District of Texas

By: *s/ Christopher D. Pineda*
**CHRISTOPHER D. PINEDA**
Assistant United States Attorney
Southern District Bar of Texas No. 1055715
Texas Bar No. 24070420
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2776
Email: christopher.pineda@usdoj.gov

## CERTIFICATE OF SERVICE

I, Christopher D. Pineda, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on June 27, 2014, I mailed a true and correct copy of the foregoing NOTICE OF DISCLAIMER EXECUTED BY JOHN ALMEIDA via regular mail to all parties remaining in this cause.

By: *s/Christopher D. Pineda*
**CHRISTOPHER D. PINEDA**
Assistant United States Attorney