IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>0.06 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND YVONNE GUADALUPE PAREDES MARTINEZ, ET AL.,<br><br>　　　　*Defendants.* | § § § § § § § § § § § § § | CASE NO.<br><br>Tract No. | 1:08-cv-165<br><br>RGV-HRL-6003<br>RGV-HRL-6003-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>0.05 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND LUIS ANTONIO BEDOLLA, ET AL.,<br><br>　　　　*Defendants.* | § § § § § § § § § § § § | CASE NO.<br><br>Tract No. | 1:08-cv-262<br><br>RGV-HRL-6004 |
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>0.05 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERONCOUNTY, TEXAS; AND JOSE LUIS CANALES, ET AL.,<br><br>　　　　*Defendants.* | § § § § § § § § § § § § § | CASE NO.<br><br>Tract No. | 1:08-cv-243<br><br>RGV-HRL-6005<br>RGV-HRL-6005-1 |
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>0.11 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND FRANCISCO JAVIER, DELEON ET AL., | § § § § § § § § § § § § § | CASE NO.<br><br>Tract No. | 1:08-cv-311<br><br>RGV-HRL-6006<br>RGV-HRL-6041<br>RGV-HRL-6006-1<br>RGV-HRL-6041-1 |

GOVERNMENT EXHIBIT 1

|  |  |  |
|---|---|---|
| Defendants. | § | |
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | CASE NO. 1:08-cv-313 |
| v. | § § | Tract No. RGV-HRL-6007 |
| 0.05 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND IGNACIO RAMIREZ CASTRO, ET AL., | § § § § § § | RGV-HRL-6007-1 |
| Defendants. | § § | |

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CASE NO. 1:08-cv-178 |
| Plaintiff, | § § | |
| v. | § § | Tract No. RGV-HRL-6008 |
| 0.05 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND MARIA ELIA FUENTES DE MENDOZA, ET AL., | § § § § | |
| Defendants. | § | |

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CASE NO. 1:08-cv-326 |
| v. | § § | Tract No. RGV-HRL-6009 |
| 0.06 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND CONSUELO SOTO, ET AL., | § § § § | RGV-HRL-6009-1 |
| Defendants. | § § | |

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | CASE NO. 1:08-cv-423 |
| v. | § § | Tract No. RGV-HRL-6011 |
| 0.16 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND LIDIA S. PEREZ ET AL., | § § § § | RGV-HRL-6042 RGV-HRL-6011-3 RGV-HRL-6042-1 |
| Defendants. | § | |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | § § | | |
| Plaintiff, | § § | | |
| v. | § § | CASE NO. | 1:08-cv-370 |
| | § | Tract No. | RGV-HRL-6012 |
| 0.06 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND VICTOR PEREZ, ET AL., | § § § § § | | RGV-HRL-6012-1 |
| Defendants. | § § | | |

## DISCLAIMER FOR JOHN ALMEIDA

COMES NOW, JOHN ALMEIDA, who has been named as an interested party in the above-styled case, and hereby disclaims any right, title, claim or interest in lands, more particularly described in Schedules "C," "CC," "D," "DD," "E," and "EE" of the Complaint in Condemnation, as amended (herein ▯Subject Property). I further disclaim any right to the just compensation to be paid for Subject Property, and further ask the Court to dismiss me from this action.

By: *John Almeida*

Printed Name: John Almeida

Sworn to and subscribed to before me on ____FEB 15____, 2013(date) by ____JOHN ALMEIDA____ (insert name of affiant).

(Notary Seal)

ADRIAN ISLAM
My Commission Expires
October 17, 2016

*Signature of Notarial Officer*

ADRIAN ISLAM
Printed Name of Notarial Officer

My Commission expires: 10/17/16